## quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7115**

WRITER'S EMAIL ADDRESS
**jonpickhardt@quinnemanuel.com**

March 25, 2020

<u>VIA ECF</u>

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *AG MIT, LLC et al. v. RBC (Barbados) Trading Corporation et al., 20-cv-2547 (LGS)*

Dear Judge Schofield:

Pursuant to Your Honor's Order today in the above-captioned action, the following dial-in number and access code can be used for tomorrow's Court-Ordered telephonic conference: 1-213-338-8477; 6464091957#.

Respectfully submitted,

*/s/ Jonathan E. Pickhardt*
Jonathan E. Pickhardt

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART