**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

*[Signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

WRITER'S DIRECT DIAL NO.
**(212) 849-7115**

WRITER'S EMAIL ADDRESS
jonpickhardt@quinnemanuel.com

March 26, 2020

**APPLICATION GRANTED**

**VIA ECF**

The conference set for March 26, 2020, at 11:30 A.M. is adjourned to April 2, 2020, at 11:30 A.M. The parties shall file a joint letter by March 31, 2020, stating any issues they intend to discuss at the conference.

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Dated: March 26, 2020
       New York, New York

Re:   *AG MIT, LLC et al. v. RBC (Barbados) Trading Corporation et al., 20-cv-2547 (LGS)*

Dear Judge Schofield:

    I represent plaintiffs in the above-referenced action. Per the Court's Order of yesterday, the parties have met and conferred with regard to their dispute. Based upon those discussions, I understand that there are no other auctions scheduled by defendants this week in respect of plaintiffs' securities. The parties are going to continue their discussions to see if we can avoid the need for burdening the Court with any additional applications for emergency relief and therefore request that the Court adjourn today's conference at 11:30 to early next week. The parties will report to the Court in the interim if we have been able to reach a consensual resolution.

Respectfully submitted,

/s/ *Jonathan E. Pickhardt*

Jonathan E. Pickhardt

cc:   All counsel (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART