**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7115**

WRITER'S EMAIL ADDRESS
jonpickhardt@quinnemanuel.com

May 14, 2020

**VIA ECF**

Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *AG MIT CMO, LLC et al. v. RBC (Barbados) Trading Corp. et al.*, 20-cv-2547 (LGS)

Dear Judge Schofield:

I represent Plaintiffs in the above-referenced action and write on behalf of all parties in respect of the Court's April 7, 2020 order (ECF No. 20) and the initial conference scheduled for May 21, 2020.

Consistent with the Court's prior directions, the parties have continued to confer regarding settlement and believe they are close to an agreement to resolve this action. Given this, and to avoid burdening the Court, the parties respectfully request that the Court adjourn the currently scheduled conference, as well as the deadline for the submission of a joint letter, as set forth in the April 7 order. The parties further propose to update the Court within two weeks of today, by May 28, 2020, about the status of the parties' discussions and whether the parties anticipate being able to voluntarily dismiss the action. This is the parties' first request for an adjournment in respect of the April 7 order, though the Court had previously scheduled a telephonic conference for March 26, 2020, which the Court adjourned, then cancelled, at the parties' request (*see* ECF Nos. 16 & 18).

Respectfully submitted,

/s/ Jonathan E. Pickhardt

Jonathan E. Pickhardt

cc:   All counsel (via ECF)

---

**Application GRANTED in part and DENIED in part.**

**The initial conference set for May 14, 2020, at 10:30 A.M. is adjourned to June 4, 2020, at 10:30 A.M. Pre-conference materials are due on May 28, 2020.**

**In lieu of filing pre-conference materials, the parties may file a letter that updates the Court on settlement discussions and requests another adjournment to the initial conference.**

**Dated: May 15, 2020    New York, New York**

*LORNA G. SCHOFIELD*
*UNITED STATES DISTRICT JUDGE*

---

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART